UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOY ELIZABETH ARMSTRONG,<br><br>                                    Plaintiff,<br><br>        v.<br><br>THE CITY OF ROCHESTER, a municipal entity, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>                                    Defendants. | **DEMAND FOR JURY TRIAL**<br><br>Case No.<br><br>(Monroe County Supreme Court<br>     Index No. E2021007882) |

**PLEASE TAKE NOTICE,** that pursuant to Rule 38 of the Federal Rules of Civil Procedure, that Defendants Todd Baxter and "Richard Roe Sheriff's Deputies 1-200" ("Sheriff Defendants") demand a trial by jury of the above-entitled action.

Dated: November 23, 2021

**JOHN P. BRINGEWATT, MONROE COUNTY ATTORNEY**
*Attorney for Sheriff Defendants*

*/s/ Maria E. Rodi*

**Maria E. Rodi, of Counsel**
Deputy County Attorney
307 County Office Building
39 West Main Street,
Rochester, New York 14614
(585) 753-1495
mariarodi@monroecounty.gov

2

To:    Elliot Dolby Shields, Esq.
Roth & Roth, LLP
*Co-counsel for Plaintiff*
192 Lexington Avenue, Suite 802
New York, New York 10024
(212) 425-1020
eshields@RothandRothlaw.com

Donald Thompson, Esq.
Easton Thompson Kasperek Shiffrin LLP
*Co-counsel for Plaintiff*
16 West Main Street, Suite 243
Rochester, New York 14614
(585) 423-8290
dmthompson@etksdefense.com

City of Rochester
Corporation Counsel
30 Church Street, Room 400A
Rochester, New York 14614