# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

May 20, 2022

**VIA ECF**
Hon. Frank P. Geraci, Jr.
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    *Woodward.* v. *City, et al.,* 21-cv-6685 (FPG)
                 *Sadwick.* v. *City, et al.,* 21-cv-6730 (FPG)
                 *Armstrong.* v. *City, et al.,* 21-cv-6717 (FPG)

Dear Judge Geraci,

I write to with the consent of the County defendants to request that the deadlines with respect to their motion to dismiss the First Amended Complaint in *Woodward* [ECF 14], *Sadwick* [ECF 14] and *Armstrong* [ECF 18] be extended to: May 30, 2022 for Plaintiffs to file their oppositions, and June 13, 2022 for the County defendants to file their replies.

Additionally, the County defendants consent to discovery proceeding between Plaintiff and the City defendants while their motions to dismiss are pending. Thus, Plaintiff respectfully requests that each of these cases be referred to a magistrate judge for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16.

Thank you for your time and attention.

                                      Respectfully Submitted,

                                      ~//s//~
                                      Elliot D. Shields

CC: All counsel of record, via ECF.